```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      No. 2:07-cr-00348-GEB
12            Plaintiff,
13       v.                        RELATED CASE ORDER
14  DARRON ANTJUAN REED,
15            Defendant.
   _____/
16
    UNITED STATES OF AMERICA,      No. 2:13-cr-00304-MCE
17
              Plaintiff,
18
         v.
19
    DARRON ANTJUAN REED,
20
              Defendant.
21  _____/
22
23       The Court received the Notice of Related Case filed on
24  September 6, 2013.
25       Examination of the above-entitled criminal actions reveals
26  that these actions are related within the meaning of Local Rule
27  123(a) (E.D. Cal. 1997).
28  ///
```

1 | The actions involve the same defendant and are based on the same
2 | or similar claims, the same property transaction or event,
3 | similar questions of fact and the same questions of law, and
4 | would therefore entail a substantial duplication of labor if
5 | heard by different judges. Accordingly, the assignment of the
6 | matters to the same judge is likely to effect a substantial
7 | savings of judicial effort and is also likely to be convenient
8 | for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:07-cr-00348-GEB, <u>United States of America v. Darron Antjuan Reed</u> is reassigned to Chief Judge Morrison C. England, Jr. for all further proceedings and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:07-cr-00348-MCE.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: October 8, 2013

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE