1 BENJAMIN B. WAGNER
United States Attorney
2 PHILIP A. FERRARI
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6

7 Attorneys for Plaintiff
United States of America
8

9

IN THE UNITED STATES DISTRICT COURT
10
EASTERN DISTRICT OF CALIFORNIA
11

12 UNITED STATES OF AMERICA,                    CASE NO.  CR S 13-304 MCE
                                              CASE NO.  CR S 07-348 MCE
13                          Plaintiff,
                                              STIPULATION REGARDING EXCLUDABLE
14              v.                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                              FINDINGS AND ORDER
15 DARRON ANTJUAN REED,
                                              DATE: October 24, 2013
16                          Defendant.        TIME: 9:00 a.m.
                                              COURT: Hon. Morrison C. England, Jr.
17

18                                   **STIPULATION**

19       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20 through defendant's counsel of record, hereby stipulate as follows:

21       1.      By previous order, this matter was set for status on October 24, 2013.  It is noted that the

22 matter consists of two related cases, including a petition alleging a violation of the terms of supervised

23 release in case CR S 07-348 MCE.

24       2.      By this stipulation, defendant now moves to continue the status conference until

25 December 5, 2013, and to exclude time between October 24, 2013, and December 5, 2013, under Local

26 Code T4, in case CR S 13-304 MCE.

27       3.      The parties agree and stipulate, and request that the Court find the following:

28              a)      The government has represented that the discovery associated with this case is

                                              1

1    primarily physical evidence, seized from the defendant's residence, which is available for review

2    by his counsel.

3            b)      Counsel for defendant desires additional time to conduct legal research regarding

4    the pending charges, and to arrange to physically inspect the evidence in this case.

5            c)      Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny him the reasonable time necessary for effective preparation, taking into

7    account the exercise of due diligence.

8            d)      The government does not object to the continuance.

9            e)      Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12           f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of October 24, 2013 to December 5,

14   2013, inclusive, is deemed excludable in case CR S 13-304 MCE pursuant to 18 U.S.C.§

15   3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court

16   at defendant's request on the basis of the Court's finding that the ends of justice served by taking

17   such action outweigh the best interest of the public and the defendant in a speedy trial.

18   4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

19   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

20   must commence.

21       IT IS SO STIPULATED.

22

23

24   Dated:  October 21, 2013                    BENJAMIN B. WAGNER
                                                 United States Attorney

25

26                                              /s/ PHILIP A. FERRARI
                                                PHILIP A. FERRARI

27                                              Assistant United States Attorney

28

Dated: October 21, 2013

/s/ JASON LAWLEY
JASON LAWLEY
Counsel for Defendant

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: October 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT